UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL POULIN, | ) |
| Petitioner, | ) ) ) |
| v. | ) 1:08-cr-00050-JAW |
| UNITED STATES OF AMERICA. | ) ) ) |
| Respondent. | ) ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On October 19, 2015, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 332). The Petitioner filed his objection to the Recommended Decision on November 6, 2015 (ECF No. 333), the Respondent filed its response to the objection on November 17, 2015 (ECF No. 334), and the Petitioner filed its reply to the response on November 30, 2015 (ECF No. 335). I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge (ECF No. 332) is hereby AFFIRMED.

2. It is ORDERED that the Petitioner's Motion pursuant to Rule 60(b) (ECF No. 314) be and hereby is DISMISSED.

3.  It is further <u>ORDERED</u> that a certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases be <u>DENIED</u>.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2016